## Siegel *v.* Megraw, Appellant.

*Arbitration—Findings of fact as to misconduct of arbitrators—Review.*
Findings of fact by the court of common pleas that arbitrators were not guilty of alleged misconduct, will not be reversed by the appellate court, if such findings are based upon sufficient testimony, and there is no manifest error.

Argued March 21, 1911. Appeal, No. 381, Jan. T., 1910, by defendant, from order of C. P. No. 5, Phila. Co., June T., 1905, No. 5,223, discharging rule to set aside award of arbitrators in case of Clarence R. Siegel v. John Megraw. Before FELL, C. J., BROWN, POTTER, ELKIN and STEWART, JJ. Affirmed.

Rule to set aside award of arbitrators. Before MAR-TIN, P. J.

*Error assigned* was order discharging rule to set aside award of arbitrators.

*I. Hazleton Mirkil,* with him *J. Hibbs Buckman,* for appellant.

*Frank P. Prichard,* with him *Robert James Earley,* for appellee.

PER CURIAM, May 17, 1911:
The learned judges of the common pleas carefully considered the testimony in support of the rule to show cause

why the report of the arbitrators should not be set aside, and found that the allegations of misconduct were not sustained. This finding appears to be fully sustained by the testimony. Nothing short of clear error would warrant us in disturbing it.

The order of the court discharging the rule is affirmed at the cost of the appellant.